

# KEN PAXTON
ATTORNEY GENERAL OF TEXAS

| | |
|---|---|
| Jason Contreras<br>Assistant Attorney General<br>General Litigation Division | PHONE: (512)-463-2120<br>FAX: (512) 320-0667<br>EMAIL: Jason.Contreras@oag.texas.gov |

July 5, 2023

Mr. Nathan Ochsner, Clerk of Court
P. O. Box 61010
Houston, TX 77208

Re:   Carolos Gooden v. The University of Houston System and The University of Houston Downtown, Civil Action No. 4:23-cv-01987 in the U.S.D.C., S.D. of Texas, Houston Division

Dear Mr. Ochsner:

Please take notice that I will be out of the office on vacation August 16–29, 2023. I respectfully request that no trials, hearings, depositions, nor any other activity requiring my presence be scheduled during this time or that any matters requiring a written response or court filing take place during this time-period.

Thank you for your consideration in this matter.

Regards,

/s/ Jason T. Contreras
JASON CONTRERAS
Assistant Attorney General
General Litigation Division

cc: Melissa Moore, Plaintiff's Counsel