United States District Court
Southern District of Texas
**ENTERED**
October 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS GOODEN, | § § § § § § § § § § § § § | |
| Plaintiff, | | |
| v. | | Civil Action No. H-23-1987 |
| THE UNIVERSITY OF HOUSTON SYSTEM, *et al.* | | |
| Defendants. | | |

### ORDER

Pending before the Court is Defendant's Motion to Dismiss (Document No. 15). On May 30, 2023, Plaintiff Carlos Gooden ("Gooden") brought this action for employment discrimination against Defendant The University of Houston System ("UH") and Defendant The University of Houston-Downtown ("UH Downtown") (collectively, the "Defendants"). On August 14, 2023, the Defendants moved to dismiss the original complaint. On October 2, 2023, Gooden with consent of the Defendants, filed his first amended complaint. Consequently, the motion to dismiss the original complaint no longer addresses the operative complaint. Therefore, the motion to dismiss the original complaint is moot. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Dismiss (Document No. 15) is **DENIED AS MOOT**.

SIGNED at Houston, Texas, on this 5 day of October, 2023.

DAVID HITTNER
United States District Judge