United States District Court
Southern District of Texas
**ENTERED**
January 31, 2024
Nathan Ochsner, Clerk

**Cause Number:** 4:23-CV-1987

**Style:** Carlos Gooden v. University of Houston System, et al.

**Appearances:**

| **Counsel:** | **Representing:** |
|---|---|
| Melissa Moore | Carlos Gooden |
| Jason T. Contreras | University of Houston System |
| Jennifer Blum (In-house counsel) | University of Houston Downtwon |

Date: January 31, 2024            ERO: Yes

Time: 10:00 - 10:33 a.m.

## HEARING MINUTES AND ORDER

At the hearing the following rulings were made:

Plaintiff's Motion to Compel, ECF No. 36, is **GRANTED IN PART.**

By close of business today, the parties shall submit to the court an agreed protective order permitting confidential and attorney's eyes only disclosure of documents and information.

By February 2, 2024, Defendants shall turn over Dean Gengler's settlement agreement for attorney's eyes only.

By February 2, 2024, Defendants shall produce all non-privileged documents from the Littler Mendelson investigation and a privilege log describing all documents being withheld as privileged. The parties agreed that there is no privilege for documents and communications created once the scope of the investigation was defined and the investigation began, or for documents and communications pertaining to Littler's performance of the investigation itself.

2

The court found good cause under Rule 16 to allow Plaintiff to depose Dr. Akif Uzman. The deposition shall be no longer than two hours and may be conducted by Zoom.

The subpoena referred to ECF No. 39 is **QUASHED** by agreement of the parties.

The parties shall from now on exchange discovery by email. All counsel shall adjust their email spam filters to ensure receipt of discovery materials.

The Clerk will file the Minutes and Order and provide copies to the parties.

_____
Peter Bray
United States Magistrate Judge