UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS GOODEN PhD, <br><br> *Plaintiff(s)*, <br><br> v. <br><br> THE UNIVERSITY OF HOUSTON SYSTEM AND THE UNIVERSITY OF HOUSTON-DOWNTOWN, <br><br> *Defendant(s)*. | § § § § § § § § § § § § | No. 4:23-cv-01987 |

### PLAINTIFF'S APPENDIX IN SUPPORT OF RESPONSE IN OPPOSITION TO DEFENDANTS THE UNIVERSITY OF HOUSTON SYSTEM AND THE UNIVERSITY OF HOUSTON-DOWNTOWN'S <u>MOTION FOR SUMMARY JUDGMENT</u>

Plaintiff Dr. Carlos Gooden submits and incorporates by reference, this appendix in support of his Response in Opposition to Defendants The University of Houston System and the University of Houston-Downtown's Motion for Summary Judgment (Dkt. 44) filed herewith.

<u>Evidence</u>

Exhibit 1     Littler's Second Preliminary Report of Investigation Regarding Allegations of Violations of Anti-Discrimination Policy and Sexual Misconduct Policy Dated February 2023 (UHS/UHD 144-231)

Exhibit 2     Dean Gengler's Offer Letter (UHS/UHD 21487-21490)

Exhibit 3     Dean Gengler's Tenure Decision (UHS/UHD 21485-21486)

Exhibit 4     Prior Formal Complaint Against Dean Gengler Re: Jan. 28, 2019 Incident (UHS/UHD 2394-2406)

| | |
|---|---|
| Exhibit 5 | Results of Prior Formal Complaint Re: Jan. 28, 2019 Incident (UHS/UHD 2389-2391) |
| Exhibit 6 | Prior Complaint Memo Re: June 2, 2020 Incident (UHS/UHD 2411-2425) |
| Exhibit 7 | Results of Prior Complaint Memo Re: June 2, 2020 Incident (UHS/UHD 2408-2409) |
| Exhibit 8 | Dr. Gooden's Offer Letter (UHS/UHD 1054-1056) |
| Exhibit 9 | Dr. Carlos Gooden Deposition |
| Exhibit 9A | LinkedIn of White Heterosexual Male Comparators- Professors in Marilyn Davies College of Business |
| Exhibit 10 | Plaintiff Carlos Gooden, PhD's Objections and Responses to Defendants' Second Set of Interrogatories, No. 16 |
| Exhibit 11 | Dr. Gooden's Formal Complaint Dated 4/25/2022 (UHS/UHD 1550-1568) |
| Exhibit 12 | Female Coordinator's Report to Defendants About Dean Gengler (UHS/UHD 21351-21356) |
| Exhibit 13 | Formal Page to Dr. Gooden's Formal Complaint Dated 4/28/2022 (UHS/UHD 1552) |
| Exhibit 14 | Lauri Ruiz Deposition |
| Exhibit 15 | Noel Baldovino Formal Complaint Re: May 19, 2022 Incident (UHS/UHD 1570-1573) |
| Exhibit 16 | Noel Baldovino Deposition |
| Exhibit 17 | Darren Gibson Deposition |
| Exhibit 18 | Memorandum from Dr. Akif Uzman Interim Senior Vice President for Academic and Student Affairs to Dean Gengler Pursuant to Littler's Recommendation Dated May 23, 2022 (UHS/UHD 2132) |

| | |
|---|---|
| Exhibit 19 | Littler's Memorandum to Dr. Akif Uzman Interim Senior Vice President for Academic and Student Affairs RE: Recommend Administrative Leave for Dean Gengler and Mutual No Contact Order (UHS/UHD 2132) |
| Exhibit 20 | Title IX Officer's Communication to Littler Mendelson (UHS/UHD 21434) |
| Exhibit 21 | Preliminary Report of Investigation Regarding Allegations of Violations of Anti-Discrimination Policy and Sexual Misconduct Policy Dated November 11, 2022 (UHS/UHD 2858-2930) |
| Exhibit 22 | Preliminary Report of Investigation Regarding Allegations of Violations of Anti-Discrimination Policy and Sexual Misconduct Policy Dated November 28, 2022 (UHS/UHD 2675-2748) |
| Exhibit 23 | Gengler EEOC Charge (UHS/UHD 2304-2305) |
| Exhibit 24 | Exhibit 32 of Dean Gengler's Documents (UHS/UHD 2335-2348) |
| Exhibit 25 | Gengler's Lawsuit Against UHD |
| Exhibit 26 | Gengler's Resignation (UHS/UHD 1111) |
| Exhibit 27 | Appeal Dismissal (UHS/UHD 21477-21484) |
| Exhibit 28 | Marilyn Davies Declaration (UHS/UHD 2313-2314) |
| Exhibit 29 | Dr. Chuanlan Liu's Declaration (UHS/UHD 2322-2323) |
| Exhibit 30 | Dr. Gooden's EEOC Charge (UHS/UHD 004-006) |
| Exhibit 31 | Notice of Right to Sue (GOODEN 125-126) |

Respectfully Submitted,

**MOORE & ASSOCIATES**

By: *Rochelle Owens*
Melissa Moore
State Bar No. 24013189
Federal Id. No. 25122
Rochelle Owens
Federal Id. No. 590507
State Bar No. 24048704
Lyric Center
440 Louisiana Street, Suite 1110
Houston, Texas 77002
Telephone: (713) 222-6775
Facsimile: (713) 222-6739

**ATTORNEYS FOR PLAINTIFF**

- 5 -

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was filed via the Court's CM/ECF system on March 28, 2024, which caused an electronic copy of the same to be served upon all counsel of record.

                                            */s/ Rochelle Owens*
                                              Rochelle Owens