# EXHIBIT 3



**University of Houston-Downtown**
**Marilyn Davies College of Business**
Department of General Business, Marketing, and Supply Chain

One Main Street
Houston, Texas 77002-1001
(713) 221-8017
FAX: (713) 223-7423
www.uhd.edu

January 31, 2019

To: Chancellor Renu Khator, University of Houston System

Re: Faculty Appointment of Dr. Charles Gengler to the UHD Department of General Business, Marketing, and Supply Chain Management

Dear Chancellor Khator,

In my capacity as Chair of the Rank and Tenure Committee in the Department of General Business, Marketing, and Supply Chain Management at the University of Houston-Downtown, and in keeping with the university policy statement 10.A.01, I am pleased to notify you that the tenured members of our department have voted unanimously to recommend that our incoming Dean, Dr. Charles Gengler, be granted the rank of Professor with tenure. Our department is honored to welcome such an accomplished colleague.

Dr. Gengler has made remarkable achievements in teaching, scholarship, and service over the course of his career. He has taught a large breadth and depth of courses spanning almost every aspect of marketing, from salesmanship and advertising to analytics and strategy, at all levels of higher education and at a variety of institutions. He has developed multiple courses and programs both in the U.S. and internationally. Dr. Gengler is a productive and well-recognized scholar. He has published over 40 scientific articles in reputable peer-reviewed journals, books, conferences, and more. Dr. Gengler also plays an active service role in both university and professional settings. He has been involved in numerous community and school service projects throughout his career. His impressive service demonstrates an unwavering dedication to the improvement of university life for students, faculty and staff, and the public at large.

The tenured faculty of Department of General Business, Marketing, and Supply Chain Management welcome Dr. Gengler to the UHD community. We are eager to work with him as we grow as a public institution with great change and great possibility.

Sincerely,

Steve Zhou, PhD
Associate Professor of Supply Chain Management
Chair, GMSC Department Rank and Tenure Committee

Cc: President Juan Sanchez Muñoz, University of Houston-Downtown
    Dr. Eric Link, Provost, University of Houston-Downtown

UHS/UHD - 021485

_[signature]_

_Lucile Painter_

_[signature]_

_[signature]_

_Lee Usnick_

_[signature]_

UHS/UHD - 021486